UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MOIRA BRENNAN,                          :
                        Plaintiff,      :
                                        :
            -v-                         :
                                        :
NEW YORK LAW SCHOOL,                    :
                        Defendant.      :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/4

10 Civ. 0338 (DLC)

ORDER

DENISE COTE, District Judge:

On June 24, 2011, Joshua Bernstein ("Bernstein") submitted a letter seeking to withdraw as counsel for plaintiff and requesting a charging lien upon any recovery due plaintiff by virtue of a settlement or judgment in this action.  In a declaration dated June 23, plaintiff consented to the withdrawal of Bernstein as counsel and to his charging lien.  "[W]hen there ha[s] been a termination of the attorney and client relationship before trial by mutual consent," "there is no requirement of law or common sense that a court compel counsel to continue to represent a former client."  McDonnell v. Tabah, 297 F.2d 731, 733 (2d Cir. 1961).  Accordingly, it is hereby

ORDERED that Bernstein's request to withdraw as plaintiff's counsel is granted.  The Clerk of Court shall terminate his appearance in this action.

IT IS FURTHER ORDERED that Bernstein is entitled to a charging lien by operation of N.Y. Judiciary Law § 475 as the

attorney of record for plaintiff who is terminating his
representation for just cause.  See Itar-Tass Russian News
Agency v. Russian Kurier, Inc., 140 F.3d 442, 450-51 (2d Cir.
1998) (attorney terminates for "just cause" "when he was not
paid as agreed").  The application to set the amount of the
charging lien is denied without prejudice for renewal as
Piotrowski has not provided the Court with the information
necessary to set the amount.

IT IS FURTHER ORDERED that new counsel for plaintiff must
file a notice of appearance by July 8, 2011.  If no attorney
files a notice of appearance on behalf of plaintiff by that
date, the Court will consider the plaintiff as proceeding in
this litigation pro se.

IT IS FURTHER ORDERED that Bernstein must serve a copy of
this Order on plaintiff forthwith.

IT IS FURTHER ORDERED that the March 22, 2011 Scheduling
Order remains in effect.

SO ORDERED:

Dated:    New York, New York
          June 24, 2011

_____
                DENISE COTE
          United States District Judge